Gertrude Webb, Administratrix of Estate of William D. Webb, Deceased, Appellant, v. The Willett Company and John Krett, Defendants. The Willett Company, Appellee.

Gen. No. 40,972.

Heard in second division, first district, at October term, 1939; opinion filed February 23, 1940. Krohn & MacDonald and Sidney Rothblatt, for appellant; Stuart B. Krohn and Ian P. MacDonald, of counsel; Burt A. Crowe, for appellee. Opinion by Justice SCANLAN. ''Not to be published in full.''